# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

IN RE:

TURNER OAKWOOD PROPERTIES, LLC        CASE NO. 22-02049-5-DMW

                                                                                            CHAPTER 11

       DEBTOR.

## OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

       COMES NOW Turner Oakwood Properties, LLC (hereinafter "Debtor"), by and through its counsel, to object to the Motion for Relief from Automatic Stay filed by Strange Bedfellows, LLC, and request this matter be set for hearing. In support of this Objection, the Debtor states:

       1.        On December 29, 2022, Strange Bedfellows filed its Motion for Relief from Automatic Stay.

       2.        Strange Bedfellows seeks to have the stay lifted so that a partition action that has been pending since 2019 can re-commence.

       3.        The partition action relates to the 3 properties where the Debtor owns 50%, Strange Bedfellows owns 25%, and Stephena Turner-Williams owns 25%.

       4.        The Debtor contends this dispute can be better resolved through an amended plan in this bankruptcy.

       WHEREFORE, the Debtor requests that the Motion for Relief from Automatic Stay be denied, or in the alternative, the matter be set for hearing.

This 12th day of January 2023.        s/William H. Kroll
                                                   WILLIAM H. KROLL, NCSB No. 39149
                                                   Attorneys for Debtor
                                                   EVERETT GASKINS HANCOCK LLP
                                                   P.O. Box 911 Raleigh, NC 27602
                                                   bill@eghlaw.com
                                                   P: (919) 755-0025; F: (919) 755-0009

## **CERTIFICATE OF SERVICE**

I, William H. Kroll, 220 Fayetteville Street, Suite 300, Raleigh, NC 27601, certify;

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on the 12th day of January 2023, I served copies of the **OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY** on the parties listed below and as indicated:

| | |
|---|---|
| Bankruptcy Administrator | CM/ECF |
| Ciara L. Rogers<br>Subchapter V Trustee | CM/ECF |
| Jonathan W. Anderson<br>Attorney for Strange Bedfellows, LLC | CM/ECF |
| Turner Oakwood Properties, LLC | Hand Delivery |

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  1/12/2023

s/William H. Kroll
WILLIAM H. KROLL, N.C. State Bar No. 39149
Attorneys for Debtor
EVERETT GASKINS HANCOCK LLP
220 Fayetteville Street, Suite 300
P.O. Box 911
Raleigh, NC 27602
bill@eghlaw.com
(919) 755-0025
(919) 755-0009 FACSIMILE